PROB 12B
(7/93)

*United States District Court*

for

*District of Guam*



FILED
DISTRICT COURT OF GUAM
JAN 3 0 2006
MARY L.M. MORAN
CLERK OF COURT

## Report for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Marie Q. Fegurgur**   Case Number: **CR 00-00064-001**

Name of Sentencing Judicial Officer: John S. Unpingco

Date of Original Sentence: February 16, 2001

Original Offense: Possession of Stolen Mail, in violation of 18 U.S.C. § 1708

Original Sentence: 60 months imprisonment followed by three years supervised release with conditions that she: refrain from the use of any unlawful use of a controlled substance and submit to one urinalysis test within 15 days of release, and to two additional urinalyses thereafter not to exceed 60 days; participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse, and make a co-payment for treatment at a rate to be determined by the U.S. Probation Office; maintain gainful employment; pay all outstanding restitution obligations under Criminal Case No. 94-00079 in the amount of $6,729.85 to the Bank of Hawaii and $1,776.00 to the Pacific Islands Club under Criminal Case No. 97-00122; pay restitution in this case in the amount of $2,523.92; perform 400 hours of community service; and pay a $100 special assessment fee.

Type of Supervision: Supervised Release   Date Supervision: June 4, 2004

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a _____ year

☒ To modify the conditions of supervision as follows:

1. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer.

ORIGINAL

Report for Modifying the
Conditions or Term of Supervision with
Consent of Offender                                                                                                    page 2

## CAUSE

On September 2, 2005, the Ninth Circuit, in *United States v. Stephens*, No. 04-50170, addressed 18 U.S.C. § 3583(d) supervised release and 18 U.S.C. §3563(a)(5) probation mandatory testing conditions which requires that the district court determine the maximum number of mandatory drug tests. The Ninth Circuit held that because the statute requires the district court to determine the maximum number of drug tests under the mandatory condition, transferring this duty to the probation officer was an improper delegation of Article III judicial power.

To assist the Court in determining the appropriate number of drug tests, the undersigned officer has evaluated Marie Fegurgur's history of drug use, and the drug detection period of her drug of choice. As methamphetamine is her drug of choice and has a normal detection period of four days or less, it is recommended that the maximum number of tests the court order per month be set at eight. This will allow for adequate time intervals between tests which will help facilitate the detection of use. It also provides for enough additional tests so that the pattern of testing will not be predictable to the offender.

To address the implications of *United States v. Stephens* Ninth Circuit No. 04-50170, it is respectfully requested that the Court modify the Marie Fegurgur's mandatory condition to set the maximum number of tests that she must submit. It is therefore recommended that the mandatory condition be modified as follows:

> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer.

Marie Fegurgur has agreed to the above modification and attached is a Probation From 49 Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision with her consent.

Reviewed by:                                               Respectfully submitted,

FRANK MICHAEL CRUZ                                         ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer                               U.S. Probation Officer
Date: 1/26/2006                                            Date: 1/26/06

## THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other

RECEIVED
JAN 27 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Signature of Judicial Officer
FRANCES TYDINGCO-GATEWOOD, Designated Judge
1/30/06
Date

# United States District Court

for

### District of Guam

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer.

Witness: Rossanna Villagomez-Aguon
U.S. Probation Officer

Signed: Marie Q. Fegurgur
Probationer or Supervised Releasee

11/4/05
Date