| PROB 34 (3/07) | **Report and Order Terminating Supervised Release** |
|---|---|

# UNITED STATES DISTRICT COURT

FOR THE

District of Guam

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL CASE NO. 00-00064-001 |
| MARIE Q. FEGURGUR | |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **June 3, 2007**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:  /s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

 /s/ FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Marivic P. David, AUSA
Rawlen Mantanona, Defense Counsel
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

 /s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jul 11, 2007